Official Form 1 (1/08)

| United States Bankruptcy Court | Voluntary Petition |
| --- | --- |
| **NORTHERN** DISTRICT OF *ILLINOIS* | |

| Name of Debtor (if individual, enter Last, First, Middle): *Shapiama, Jese O.* | Name of Joint Debtor (Spouse)(Last, First, Middle): *Shapiama, Connie* |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): *NONE* |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *7264* | Last four digits of Soc. Sec. or Individual Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *7268* |
| Street Address of Debtor (No. & Street, City, and State): *1661 Orchard Court* *West Chicago IL* — ZIPCODE *60185* | Street Address of Joint Debtor (No. & Street, City, and State): *1661 Orchard Court* *West Chicago IL* — ZIPCODE *60185* |
| County of Residence or of the Principal Place of Business: *DuPage* | County of Residence or of the Principal Place of Business: *Cook* |
| Mailing Address of Debtor (if different from street address): *SAME* — ZIPCODE | Mailing Address of Joint Debtor (if different from street address): *SAME* — ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *NOT APPLICABLE* — ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**

(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**

(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (1/08)                                                                                          FORM B1, Page   2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Jese O. Shapiama and* *Connie Shapiama* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X  */s/ Richard S. Bass*                               *02/21/2008* |
|  | Signature of Attorney for Debtor(s)                             Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                          FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Jese O. Shapiama and*<br>*Connie Shapiama* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Jese O. Shapiama*
_____
Signature of Debtor

**X** */s/ Connie Shapiama*
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*02/21/2008*
_____
Date

### Signature of Attorney*

**X** */s/ Richard S. Bass*
_____
Signature of Attorney for Debtor(s)

*Richard S. Bass 6189009*
_____
Printed Name of Attorney for Debtor(s)

*Law Office of Richard S. Bass, LTD.*
_____
Firm Name

*2021 Midwest Road*
_____
Address

*Oak Brook IL  60521*
_____

*630-953-8655*
_____
Telephone Number

*02/21/2008*
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*02/21/2008*
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

02/21/2008
_____
(Date)

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Jese O. Shapiama*
*and*
*Connie Shapiama*

Case No.
Chapter    7

_____
Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐   4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐   Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐   Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ Jese O. Shapiama*

Date:   *02/21/2008*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Jese O. Shapiama*
*and*
*Connie Shapiama*

Case No.

Chapter    7

_____
                    Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Connie Shapiama*

Date:    *02/21/2008*

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.  You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.  The briefing must be given within 180 days **before** the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.  The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years

or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of [Non-Attorney] Bankruptcy Petition Preparer**

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____

Printed name and title, if any, of Bankruptcy Petition Preparer

Address:

_____

X_____

Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

_____

Social Security number (If the bankruptcy petition
preparer is not an individual, state the Social Security
number of the officer, principal, responsible person, or
partner of the bankruptcy petition preparer.)  (Required
by 11 U.S.C. § 110.)

**Certificate of the Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

_____

Printed Name(s) of Debtor(s)

Case No. (if known) _____

X_____

Signature of Debtor                    Date

X_____

Signature of Joint Debtor (if any)     Date

In re _Jese O. Shapiama and Connie Shapiama_ ,                    Case No._____
       Debtor(s)                                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re _Jese O. Shapiama and Connie Shapiama_ ,          Case No. _____
              Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash* *Location: In debtor's possession* | J | $ 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking:  Harris Bank* *Location: In debtor's possession* | J | $ 200.00 |
| | | *Savings: Harris Bank* *Location: In debtor's possession* | J | $ 300.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Misc used household goods, furniture & furnishings* *Location: In debtor's possession* | J | $ 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Misc used personal items, books and pictures* *Location: In debtor's possession* | J | $ 400.00 |
| 6.  Wearing apparel. | | *Mis used personal clothing* *Location: In debtor's possession* | J | $ 600.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Life Insurance (Term Policy)* *Location: In debtor's possession* | W | $ 1.00 |

In re  *Jese O. Shapiama and Connie Shapiama* _____ ,   Case No. _____
                 Debtor(s)                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | *2007 Tax refund Location: n/a* | J | $ 2,800.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07)

In re **Jese O. Shapiama and Connie Shapiama** ,   Case No. _____
Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *1995 Chrysler Sebring* <br> *Location: In debtor's possession* | J | $ 2,000.00 |
| 26. Boats, motors, and accessories. | | *2000 Mercury Cougar* <br> *Location: In debtor's possession* | J | $ 3,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total** ➡ | $ 11,401.00 |

Page ___3___ of ___3___

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re *Jese O. Shapiama and Connie Shapiama*                                       ,      Case No. _____
_____
Debtor(s)                                                                                                      (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash | 735 ILCS 5/12-1001(b) | $ 100.00 | $ 100.00 |
| Checking: Harris Bank | 735 ILCS 5/12-1001(b) | $ 200.00 | $ 200.00 |
| Savings: Harris Bank | 735 ILCS 5/12-1001(b) | $ 300.00 | $ 300.00 |
| Misc used household goods, furniture & furnishings | 735 ILCS 5/12-1001(b) | $ 2,000.00 | $ 2,000.00 |
| Misc used personal items, books and pictures | 735 ILCS 5/12-1001(a) | $ 400.00 | $ 400.00 |
| Mis used personal clothing | 735 ILCS 5/12-1001(a) | $ 600.00 | $ 600.00 |
| Life Insurance (Term Policy) | 735 ILCS 5/12-1001(f) | $ 1.00 | $ 1.00 |
| 2007 Tax refund | 735 ILCS 5/12-1001(b) | $ 2,800.00 | $ 2,800.00 |
| 1995 Chrysler Sebring | 735 ILCS 5/12-1001(c) | $ 0.00 | $ 2,000.00 |
| 2000 Mercury Cougar | 735 ILCS 5/12-1001(b) | $ 0.00 | $ 3,000.00 |

B6D (Official Form 6D) (12/07)

In re _Jese O. Shapiama and Connie Shapiama_____,      Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1 Easy Auto Credit Attn: Payment Dept 880 E. Chicago St Elgin IL 60120* | | *J 2007 Purchase Money Security 1995 Chrysler Sebring* Value: *$ 2,000.00* | | | | *$ 2,300.00* | *$ 300.00* |
| Account No: *Creditor # : 2 Easy Auto Credit Attn: Payment Dept 880 E. Chicago St Elgin IL 60120* | | *J 2007 Purchase Money Security 2000 Mercury Cougar* Value: *$ 3,000.00* | | | | *$ 3,000.00* | *$ 0.00* |
| Account No: | | Value: | | | | | |

No continuation sheets attached

Subtotal $ (Total of this page)    *$ 5,300.00*    *$ 300.00*
Total $ (Use only on last page)    *$ 5,300.00*    *$ 300.00*

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (12/07)

In re _Jese O. Shapiama and Connie Shapiama_____,    Case No._____
              **Debtor(s)**                                                                                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    **continuation sheets attached**

**Official Form 6E (12/07) – Cont.**

In re _Jese O. Shapiama and Connie Shapiama_____ ,   Case No._____
                                    **Debtor(s)**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: *7268*  *Creditor # : 1*  *Internal Revenue Service*  *Attn Bankruptcy Dept*  *PO Box 21126*  *Philadelphia PA 19114* | W | *2005*  *Federal income taxes*  *Tax year ending 12/31/05*  *Tax debt due to "Debt*  *Forgiveness" from Nationwide* | | | | $ 1,580.83 | $ 1,580.83 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 1,580.83 | 1,580.83 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.) | 1,580.83 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | 1,580.83 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _Jese O. Shapiama and Connie Shapiama_ ,   Case No. _____
　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   0177<br>*Creditor # : 1*<br>*ABC Dentistry, LTD*<br>*1000 Grand Canyon Parkway*<br>*Hoffman Estates IL 60169* | | J | *2002-2008*<br>*Dental Bills* | | | | $ 209.00 |
| Account No.   5305<br>*Creditor # : 2*<br>*Academy Collection Service Inc*<br>*RE:  Premier BankCard*<br>*10965 Decatur Road*<br>*Philadelphia PA 19154-3210* | | J | *2002-2008*<br>*Notice to collector* | | | | $ 0.00 |
| Account No.   3949<br>*Creditor # : 3*<br>*ACC Consumer Finance*<br>*Attn: Bankruptcy Dept*<br>*PO Box 928476*<br>*San Diego CA 92192* | | H | *2002-2008*<br>*Deficiency on Auto Loan* | | | | $ 11,199.00 |
| Account No.   7501<br>*Creditor # : 4*<br>*Account Recovery Services*<br>*RE:  RMH Pathologists LTD*<br>*5183 Harlem Rd*<br>*Loves Park IL 61111-3448* | | J | *2002-2008*<br>*Collection on Medical Bills* | | | | $ 84.00 |

_15_ continuation sheets attached

**Subtotal $** | $ 11,492.00

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jese O. Shapiama and Connie Shapiama_____,      Case No._____
        **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4601<br>Creditor # : 5<br>Account Recovery Services<br>RE:  RHS Anesthesiology<br>5183 Harlem Rd<br>Loves Park IL 61111-3448 | | J | 2002-2008<br>Collection on Medical Bills | | | | $ 1,060.00 |
| Account No:   5305<br>Creditor # : 6<br>Accounts Receivable Management<br>RE:  Premier BankCard<br>PO Box 129<br>Thorofare NJ 08086-0129 | | J | 2002-2008<br>Collection | | | | $ 0.00 |
| Account No:   2802<br>Creditor # : 7<br>Accounts Receivable Management<br>RE:  Medical Payment<br>PO Box 129<br>Thorofare NJ 08086-0129 | | J | 2002-2008<br>Collection on Medical Bills | | | | $ 272.00 |
| Account No:   8168<br>Creditor # : 8<br>Accounts Recovery (USA), LLC<br>RE:  Bank of Marin<br>6405 218th Street SW<br>Mountlake Terrac WA 98043 | | J | 2002-2008<br>Collection | | | | $ 565.42 |
| Account No:   4864<br>Creditor # : 9<br>AFNI Collection<br>RE:  Sprint PCS<br>PO Box  3517<br>Bloomington IL 61702-3517 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:   5749<br>Creditor # : 10<br>AFNI Collection<br>RE:  Verizon South Inc.<br>PO BOX  3427<br>Bloomington IL 61702-3427 | | J | 2002-2008<br>Collection | | | | $ 151.24 |

Sheet No.  _1_ of  _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 2,048.66

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jese O. Shapiama and Connie Shapiama_                    ,   Case No. _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    2623<br>Creditor # : 11<br>AFNI Collection<br>RE:  GTE Telephone<br>PO Box 3097<br>Bloomington IL 61702 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:    7078<br>Creditor # : 12<br>Allied Interstate<br>RE:  DirecTV<br>PO Box 361477<br>Columbus OH 43236 | | J | 2002-2008<br>Collection | | | | $ 198.54 |
| Account No:    9195<br>Creditor # : 13<br>Amcore Bank<br>Attn:  Bankruptcy Dept<br>228 S. Main St<br>Rockford IL 61101 | | J | 2002-2008<br>Overdraft Account | | | | $ 189.65 |
| Account No:    9200<br>Creditor # : 14<br>American Investment Bank<br>7602 Woodland Drive<br>Indianapolis IN 46278 | | J | 2002-2008<br>Notice | | | | $ 0.00 |
| Account No:    2198<br>Creditor # : 15<br>Arrow Financial Service<br>RE:  First Premier Bank<br>5996 W. Touhy<br>Niles IL 60714-4610 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:    0499<br>Creditor # : 16<br>AssetCare, Inc.<br>RE:  Inovision Medclr Port. Gr<br>5100 Peachtree Industrial Blvd<br>Norcross GA 30071 | | J | 2002-2008<br>Collection on Medical Bills | | | | $ 175.90 |

Sheet No. __2__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 564.09

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jese O. Shapiama and Connie Shapiama_ ,   Case No. _____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 17 <br> Auto Club Insurance Assoc <br> Attn:  Tuition Reim & Collect <br> 1 Auto Club Drive <br> Dearborn MI 48126 | | J | 2002-2008 <br> Tuition | | | | $ 4,365.40 |
| Account No:    2408 <br> Creditor # : 18 <br> Automotive Acceptance Co <br> PO BOX  11083 <br> Rockford IL 61126-1083 | | J | 2002-2008 <br> Automobile Loan | | | | $ 2,556.00 |
| Account No:    5916 <br> Creditor # : 19 <br> Biehl & Biehl Collection <br> RE:  Daily Herald <br> PO Box 66415 <br> Chicago IL 60666-0415 | | J | 2002-2008 <br> Collection | | | | $ 25.00 |
| Account No: <br> Creditor # : 20 <br> Blitt and Gaines, P.C. <br> RE:  Credit Acceptance Corp <br> 661 Glenn Ave <br> Wheeling IL 60090 | | J | 2002-2008 <br> Notice to collector <br> DuPage County Suitr 08 SR 000068 | | | | $ 0.00 |
| Account No:    6866 <br> Creditor # : 21 <br> Capital Credit Alliance <br> Attn:  Bankruptcy Dept <br> 1050 E. Sahara Ave, #402 <br> Las Vegas NV 89104-3204 | | J | 2002-2008 <br> Credit Purchases | | | | $ 417.00 |
| Account No:    2828 <br> Creditor # : 22 <br> CB Accounts <br> RE:  Northwest Community Hosp <br> 1101 Main St <br> Peoria IL 61606 | | J | 2002-2008 <br> Collection on Medical Bills | | | | $ 336.00 |

Sheet No.    3   of    15   continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 7,699.40
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jese O. Shapiama and Connie Shapiama_____ ,          Case No. _____
          **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6866 Creditor # : 23 CCA Credit Services Attn:  Bankruptcy Dept PO Box 46101 Las Vegas NV 89114 | | J | 2002-2008 Credit Card Purchases | | | | $ 402.00 |
| Account No:   6266 Creditor # : 24 CMI Group LP RE:  AT&T Broadband 4200 International Pkwy Carrollton TX 75007-1912 | | J | 2002-2008 Collection | | | | $ 542.00 |
| Account No:   6525 Creditor # : 25 Collection Company of America RE:  Ameritech 8231 West 185th Str, #100 Tinley Park IL 60477-9220 | | J | 2002-2008 Notice to collector | | | | $ 0.00 |
| Account No:   6525 Creditor # : 26 Collection Company of America RE:  Ameritech 700 Longwater Dr Norwell MA 02061 | | J | 2002-2008 Notice to other location | | | | $ 0.00 |
| Account No:   2681 Creditor # : 27 College Loan Corp C/O ACS 501 Bleecker St Utica NY 13501 | | J | 2002-2008 Notice to other location | | | | $ 0.00 |
| Account No:   7838 Creditor # : 28 Comcast Cable Attn:  Bankruptcy Dept PO Box 3007 Southeastern PA 19398-3002 | | J | 2002-2008 Cable TV Bills | | | | $ 495.36 |

Sheet No. __4__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                                          $ 1,439.36

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jese O. Shapiama and Connie Shapiama_                    ,   Case No. _____
    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0032 <br> Creditor # : 29 <br> Commonwealth Edison <br> Attn:  Bankruptcy Dept <br> 2100 Swift Drive <br> Oak Brook IL 60523-9644 | | J | 2002-2008 <br> Utility Bills | | | | $ 453.91 |
| Account No:    6661 <br> Creditor # : 30 <br> Congress Collection Corp <br> RE:  AAA Michigan-Edu <br> 24901 Northwestern Hwy, #300 <br> Southfield MI 48075-2207 | | W | 2002-2008 <br> Notice to collector <br> Creditor: AAA Michigan Corp <br> Education | | | | $ 0.00 |
| Account No:    1107 <br> Creditor # : 31 <br> Continental Finance Co, LLC <br> Attn:  Bankruptcy Dept <br> PO BOX  8099 <br> Newark DE 19714-8099 | | J | 2002-2008 <br> Credit Card Purchases | | | | $ 515.03 |
| Account No: <br> Creditor # : 32 <br> Credit Acceptance Corp <br> Attn:  Bankruptcy Dept <br> 25505 W. 12 Mile Rd, #30 <br> Southfield   MI 48234 | | J | 2002-2008 <br> Collection | | | | $ 6,114.57 |
| Account No:    8266 <br> Creditor # : 33 <br> Credit Management <br> RE:  AT&T Broadband <br> 4200 International Pkwy <br> Carrollton TX 75007 | | J | 2002-2008 <br> Notice to collector | | | | $ 0.00 |
| Account No:    7676 <br> Creditor # : 34 <br> Credit One Bank <br> Attn:  Bankruptcy Dept <br> PO BOX  98873 <br> Las Vegas NV 89193 | | J | 2002-2008 <br> Notice | | | | $ 0.00 |

Sheet No.   5  of   15  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 7,083.51
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jese O. Shapiama and Connie Shapiama_ ,   Case No. _____
          **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7838<br>Creditor # : 35<br>Credit Protection Assoc<br>RE:  COMCAST<br>13355 Noel Rd, Suite 2100<br>Dallas TX 75240 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:   0264<br>Creditor # : 36<br>Credit Protection Assoc<br>RE:  Insight Communications<br>13355 Noel Rd, Suite 2100<br>Dallas TX 75240 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:   0107<br>Creditor # : 37<br>Creditors Protection Svc<br>RE:  Grant Park Auto Sales<br>206 W. State St,<br>Rockford IL 61101 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:   8667<br>Creditor # : 38<br>Dakota State Bank<br>Attn:  BAnkruptcy Dept<br>2101 W 41st Street, #34<br>Sioux Falls SD 57105 | | J | 2002-2008<br>Credit Card Purchases | | | | $ 314.00 |
| Account No:   1648<br>Creditor # : 39<br>Elmhurst Anesthesiologist<br>PO BOX  87916<br>Carol Stream IL 60188 | | J | 2002-2008<br>Medical Bills | | | | $ 208.00 |
| Account No:   1596<br>Creditor # : 40<br>FBCS<br>RE:  Portfolio Recovery Assoc<br>841 E. Hunting Park Ave<br>Philadelphia PA 19124 | | J | 2002-2008<br>Collection | | | | $ 61.12 |

Sheet No.   6   of   15   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 583.12

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Jese O. Shapiama and Connie Shapiama_ ,   Case No. _____
          **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1107<br>Creditor # : 41<br>First Bank of Delaware<br>Attn:  Bankruptcy Dept<br>1608 Walnut St, #1000<br>Philadelphia PA 19103 | | J | 2002-2008<br>Credit Card Purchases | | | | $ 313.00 |
| Account No:   7078<br>Creditor # : 42<br>First Nat'l Collection Bureau<br>RE:  DirecTV<br>610 Waltham Way<br>Sparks NV 89434 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:   7676<br>Creditor # : 43<br>First National Bank<br>Attn:  Bankruptcy Dept<br>PO BOX  98873<br>Las Vegas NV 89193 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:   5305<br>Creditor # : 44<br>First Premier Bank<br>Attn:   Bankruptcy Dept<br>PO BOX  5519<br>Sioux Falls SD 57117-5519 | | J | 2002-2008<br>Credit Card Purchases | | | | $ 385.00 |
| Account No:   2198<br>Creditor # : 45<br>First Premier Bank<br>Attn:   Bankruptcy Dept<br>PO Box 5519<br>Sioux Falls  SD 57117-5519 | | J | 2002-2008<br>Notice | | | | $ 0.00 |
| Account No:<br>Creditor # : 46<br>Grant Park Auto Sales<br>908 Broadway<br>Rockford IL 61108 | | J | 2004<br>Unsecured<br>Debt from auto loan 2000 Chevy<br>Silverado | | | | $ 7,189.00 |

Sheet No.  7  of  15  continuation sheets attached to Schedule of      **Subtotal $**      $ 7,887.00
Creditors Holding Unsecured Nonpriority Claims
                                                                     **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jese O. Shapiama and Connie Shapiama_ ,     Case No. _____

**Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 47 <br> Grant Park Auto Sales <br> 908 Broadway <br> Rockford IL 61108 | | J | 2004 <br> Unsecured <br> Debt from auto loan 2000 Pontiac Grand Am | | | | $ 7,000.00 |
| Account No:  0727 <br> Creditor # : 48 <br> Gunthy-Renker <br> RE:  Core Secrets <br> PO BOX  11448 <br> Des Moines IA 50336-1448 | | J | 2002-2008 <br> Collection | | | | $ 6.95 |
| Account No:  5128 <br> Creditor # : 49 <br> Imagine/First Bank Delaware <br> Attn:  Bankruptcy Dept <br> 245 Perimeter Ctr Pkwy, #600 <br> Atlanta GA 30346 | | J | 2002-2008 <br> Credit Card Purchases | | | | $ 335.00 |
| Account No:  4801 <br> Creditor # : 50 <br> Leading Edge Recovery Solution <br> RE:  NCO/ATT <br> 5440 N. Cumberland Ave, #300 <br> Chicago IL 60656-1490 | | J | 2002-2008 <br> Collection | | | | $ 376.85 |
| Account No:  5759 <br> Creditor # : 51 <br> LVNV Funding <br> RE:  MCI <br> PO BOX  10497 <br> Greenville SC 29603-0584 | | J | 2002-2008 <br> Notice to collector | | | | $ 0.00 |
| Account No:  4030 <br> Creditor # : 52 <br> Medical Business Bureau <br> RE:  Elmhurst Anesthesia <br> 1175 Devin Dr., #171 <br> Muskegon MI 49441 | | J | 2002-2008 <br> Notice to collector | | | | $ 0.00 |

Sheet No. __8__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 7,718.80

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jese O. Shapiama and Connie Shapiama_____ ,          Case No. _____
       **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0355<br>Creditor # : 53<br>Merchants Credit Guide<br>RE:<br>223 W. Jackson Blvd<br>Chicago IL 60606-6908 | | J | 2002-2008<br>Collection on Medical Bills | | | | $ 1,058.92 |
| Account No:   8345<br>Creditor # : 54<br>Mutual Management Services<br>Acct Radiolgy Consult Rockford<br>PO Box 4777<br>Rockford IL 61110 | | W | 2008<br>Collection<br>Creditor: Radiology Consult of Rockford | | | | $ 615.00 |
| Account No:   8543<br>Creditor # : 55<br>Mutual Management Services<br>Acct: Swedish American MSO<br>PO Box 4777<br>Rockford IL 61110 | | W | 2008<br>Collection<br>Creditor: Swedish American MSO | | | | $ 50.00 |
| Account No:   8345<br>Creditor # : 56<br>Mutual Management Services<br>Acct:Sewdish Ameican Hosp<br>PO Box 4777<br>Rockford IL 61110 | | W | 2008<br>Collection<br>Creditor: Swedish American Hospital | | | | $ 405.00 |
| Account No:   8345<br>Creditor # : 57<br>Mutual Management Services<br>Acct:Northern IL Imaging<br>PO Box 4777<br>Rockford IL 61110 | | W | 2008<br>Collection<br>Creditor: Northern Illinois Imaging | | | | $ 2,201.00 |
| Account No:   9920<br>Creditor # : 58<br>Mutual Management Services Inc<br>RE:  Grant Park Auto Sales<br>PO BOX  4777<br>Rockford IL 61110-4777 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |

Sheet No. _9_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                            **Subtotal $**    $ 4,329.92

                                                                **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jese O. Shapiama and Connie Shapiama_____ ,     Case No. _____
            **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3834 <br> Creditor # : 59 <br> Mutual Management Services Inc <br> Acct Northern Illinois Optical <br> PO BOX  4777 <br> Rockford IL 61110-4777 | | W | 2002-2008 <br> Collection <br> Creditor: Northern Il. Optical | | | | $ 42.00 |
| Account No: <br> Creditor # : 60 <br> Nationwide Cassell Corp <br> Attn Bankruptcy Dept <br> 3435 N. Cicero <br> Chicago IL 60641-000 | | W | 2005 <br> Unsecured <br> Notice of deficiency on auto. <br> Creditor filed a "debt forgiveness: | | | X | $ 9,352.00 |
| Account No:   4316 <br> Creditor # : 61 <br> NCO  FIN / 99 <br> RE:  Commonwealth Edison <br> PO BOX  41466 <br> Philadelphia PA 19101 | | J | 2002-2008 <br> Notice to collector | | | | $ 0.00 |
| Account No:   4316 <br> Creditor # : 62 <br> NCO /Inovision-Medclr <br> RE:  Commonwealth Edison <br> 507 Prudential Road <br> Horsham PA 19044 | | J | 2002-2008 <br> Notice to collector | | | | $ 0.00 |
| Account No:   6304 <br> Creditor # : 63 <br> NCO Fin/AH <br> RE:  SBC Midwest <br> PO BOX  105062 <br> Atlanta GA 30348 | | J | 2002-2008 <br> Notice to collector | | | | $ 0.00 |
| Account No:   4907 <br> Creditor # : 64 <br> NCO Financial Systems Inc. <br> RE:  Osco Drugs <br> PO BOX  41466 <br> Philadelphia PA 19101 | | J | 2002-2008 <br> Notice to collector | | | | $ 85.00 |

Sheet No.  10  of    15  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 9,479.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jese O. Shapiama and Connie Shapiama_ ,   Case No. _____
        **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  4801<br>Creditor # : 65<br>NCO Financial Systems Inc.<br>RE:  AT&T<br>507 Prudential Road<br>Horsham PA 19044 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:  0692<br>Creditor # : 66<br>Nelson, Watson & Associates<br>RE:  Credit Acceptance<br>80 Merrimack St, Lower Level<br>Haverhill MA 01830 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:  9958<br>Creditor # : 67<br>NICOR Gas<br>Attn:  Bankruptcy Dept<br>1844 W. Ferry Road<br>Naperville IL 60563-9662 | | J | 2002-2008<br>Utility Bills | | | | $ 2,960.00 |
| Account No:  1101<br>Creditor # : 68<br>Northstar Location Services<br>RE:  The Cash Store<br>4285 Genesee Street<br>Cheektowaga NY 14225-1943 | | J | 2002-2008<br>Collection | | | | $ 745.00 |
| Account No:  2749<br>Creditor # : 69<br>PayDay Avenue<br>Northway Broker-Level 8 Suit3<br>Bisazza Street-Plaza Comm Ctr<br>Sliema SLM15 Malta | | W | 2007<br>Loan | | | | $ 621.00 |
| Account No:  7123<br>Creditor # : 70<br>Pellettieri & Associates<br>RE:  Northwest Community Hosp<br>991 Oak Creek Dr<br>Lombard IL 60148 | | J | 2002-2008<br>Collection on Medical Bills | | | | $ 394.00 |

Sheet No.  11  of   15  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 4,720.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Jese O. Shapiama and Connie Shapiama_                    ,      Case No. _____
          **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3151<br>Creditor # : 71<br>Pellettieri & Associates<br>RE:  Northwest Community Hosp<br>991 Oak Creek Dr<br>Lombard IL 60148 | | J | 2002-2008<br>Collection on Medical Bills | | | | $ 402.00 |
| Account No:   1596<br>Creditor # : 72<br>Portfolio Recovery Associates<br>RE:  SBC<br>PO Box 12914<br>Norfolk VA 23541 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:   0290<br>Creditor # : 73<br>Professional Credit Services<br>RE:  Sprint PCS<br>PO BOX  397<br>Farmingdale NY 11735-0397 | | J | 2002-2008<br>Collection | | | | $ 359.00 |
| Account No:   4090<br>Creditor # : 74<br>Progressive Asset Mgt Services<br>RE:  MCI Communications<br>5924 E. Los Angeles Ave, Ste P<br>Simi Valley CA 93063-5526 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:   7396<br>Creditor # : 75<br>Progressive Management System<br>RE:  MCI WorldCom<br>PO Box 2220<br>West Covina CA 91793-9917 | | J | 2002-2008<br>Collection | | | | $ 304.58 |
| Account No:   3250<br>Creditor # : 76<br>Regional Acceptance Corp<br>Attn: Bankruptcy Dept<br>PO Box 61476<br>Virginia Beach VA 23466 | | W | 2006<br>Deficiency on Auto Loan<br>2005 Buick Century | | | | $ 8,855.00 |

Sheet No. __12__ of ___15___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    |  $ 9,920.58
Total $      |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jese O. Shapiama and Connie Shapiama_                ,        Case No. _____
         **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6495<br>Creditor # : 77<br>Reliant Capital Solutions<br>Acct: Univ of Phoenix<br>750 Cross Pointe Rd  #-G<br>Columbus OH 43230-5413 | | W | 2008<br>Notice to other location<br>Credeitor: University of Phoenix | | | | $ 0.00 |
| Account No:   5759<br>Creditor # : 78<br>Resurgent Capital Services<br>RE:  MCI Communications<br>15 S. Main St, #600<br>Greenville SC 29601 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:   6181<br>Creditor # : 79<br>Revenue Production Management<br>RE:  Northwest Community Hosp<br>PO BOX  925<br>Rosemont IL 60018-0925 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:   8144<br>Creditor # : 80<br>Rewards 660<br>Attn:  Bankruptcy Dept<br>PO BOX  89210<br>Sioux Falls SD 57109-9210 | | J | 2002-2008<br>Credit Card Purchases | | | | $ 468.57 |
| Account No:   8667<br>Creditor # : 81<br>Rewards 660<br>Attn:  Bankruptcy Dept<br>PO BOX  89210<br>Sioux Falls SD 57109-9210 | | J | 2002-2008<br>Credit Card Purchases | | | | $ 366.00 |
| Account No:   7078<br>Creditor # : 82<br>Riddle & Associates<br>RE:  DirecTV<br>PO BOX  1187<br>Sandy UT 84091-1187 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |

Sheet No. __13__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 834.57

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Jese O. Shapiama and Connie Shapiama_ , Case No. _____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  8771<br>Creditor # : 83<br>Rockford Mercantile Agency Inc<br>RE:  Medical Payment<br>PO BOX  5847<br>Rockford IL 61125-1264 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:  3329<br>Creditor # : 84<br>Silkies<br>Attn:  Bankruptcy Dept<br>PO BOX  71101<br>Philadelphia PA 19176-0101 | | J | 2002-2008<br>Collection | | | | $ 15.92 |
| Account No:  1596<br>Creditor # : 85<br>Southwest Credit Systems<br>RE:  SBC Ameritech<br>5910 W. Plano Parkway #100<br>Plano IL 75093-4638 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:  3483<br>Creditor # : 86<br>State Collection Service<br>RE:  MetroCom Rockford<br>PO BOX  6250<br>Madison WI 53701 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |
| Account No:  7268<br>Creditor # : 87<br>Title Lenders Inc.<br>dba USA PayDay Loan<br>7450 Barrington Road<br>Hanover Park IL 60133 | | J | 2007<br>Installment Loan | | | | $ 1,804.86 |
| Account No:  7062<br>Creditor # : 88<br>Torres Credit Services<br>RE:  Commonwealth Edison<br>PO Box 189<br>Carlise PA 17013-0189 | | J | 2002-2008<br>Notice to collector | | | | $ 0.00 |

Sheet No. __14__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  $ 1,820.78

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Jese O. Shapiama and Connie Shapiama_ ,          Case No. _____
          **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0366<br>Creditor # : 89<br>Transworld Systems Collection<br>RE:  Schaumburg Dist 54<br>25 Northwest Pt. Blvd #750<br>Elk Grove Villag IL 60007 | | J | 2002-2008<br>Collection | | | | $ 65.00 |
| Account No:    6495<br>Creditor # : 90<br>University of Phoenix<br>Attn: Collection Dept<br>PO Box 29887<br>Phoenix AZ 85038-9887 | | W | 2007-08<br>Class Fee-Tuition | | | | $ 2,720.00 |
| Account No:    2681<br>Creditor # : 91<br>US Dept of Education<br>Attn:  Bankruptcy Dept<br>PO BOX  7202<br>Utica NY 13054-7202 | | J | 2002-2008<br>Student Loan | | | | $ 6,625.00 |
| Account No:    1203<br>Creditor # : 92<br>USA Payday Loans<br>Aurora IL | | J | 2002-2008<br>Loan | | | | $ 580.00 |
| Account No:    2772<br>Creditor # : 93<br>WalkFit<br>Attn:  Bankruptcy Dept<br>PO BOX  3241<br>Hollywood CA 90078 | | J | 2002-2008<br>Collection | | | | $ 13.90 |
| Account No: | | | | | | | |

Sheet No. _15_ of _15_ continuation sheets attached to Schedule of          **Subtotal $**          $ 10,003.90
Creditors Holding Unsecured Nonpriority Claims

**Total $**          $ 87,624.69
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re *Jese O. Shapiama and Connie Shapiama* _____ / Debtor    Case No. _____
                                                                                        (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Rene Caballero*<br>*340 S. Kenilworth  #3*<br>*Oak Park IL  60302* | Contract Type:*Residential lease*<br>Terms:*$1200.00 per month thru 4/08*<br>Beginning date:<br>Debtor's Interest:*Lessor*<br>Description: *Standard residential lease*<br><br>Buyout Option:*n/a* |

**B6H (Official Form 6H) (12/07)**

In re _Jese O. Shapiama and Connie Shapiama_ _____ / Debtor

Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re *Jese O. Shapiama and Connie Shapiama*                    ,     Case No. _____
                              **Debtor(s)**                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Status: | RELATIONSHIP(S): | AGE(S): |
| *Married* | *son* | *12yr* |
| | *son* | *10yr* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Stock Clerk* | *Insurance Agent* |
| Name of Employer | *Home Depot* | *Auto Club Services* |
| How Long Employed | *3 years* | *3 years* |
| Address of Employer | *Barington Road*<br>*Schaumburg IL  60000* | *856 N. Main St*<br>*Glen Ellyn IL  60137* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ *1,776.67* | $ *3,186.00* |
| 2. Estimate monthly overtime | $ *0.00* | $ *0.00* |
| 3. SUBTOTAL | $ *1,776.67* | $ *3,186.00* |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | $ *290.33* | $ *452.00* |
|   b. Insurance | $ *0.00* | $ *174.00* |
|   c. Union dues | $ *0.00* | $ *0.00* |
|   d. Other  (Specify): | $ *0.00* | $ *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ *290.33* | $ *626.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ *1,486.33* | $ *2,560.00* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ *0.00* |
| 8. Income from real property | $ *0.00* | $ *0.00* |
| 9. Interest and dividends | $ *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ *0.00* |
| 11. Social security or government assistance<br>   (Specify): | $ *0.00* | $ *0.00* |
| 12. Pension or retirement income | $ *0.00* | $ *0.00* |
| 13. Other monthly income<br>   (Specify): | $ *0.00* | $ *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ *0.00* | $ *0.00* |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ *1,486.33* | $ *2,560.00* |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals<br>   from line 15; if there is only one debtor repeat total reported on line 15) | $ *4,046.33* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re _Jese O. Shapiama and Connie Shapiama_____,   Case No. _____

Debtor(s)   (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,200.00 |
|    a. Are real estate taxes included?  Yes ☐  No ☒ | | |
|    b. Is property insurance included?  Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 150.00 |
|    b. Water and sewer | $ | 35.00 |
|    c. Telephone | $ | 50.00 |
|    d. Other  _Cell phone_ | $ | 70.00 |
|    Other  _Internet & Cable_ | $ | 50.00 |
|    Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 850.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 20.00 |
| 8. Transportation (not including car payments) | $ | 360.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 80.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 150.00 |
|    e. Other  _Wife Presciption-Medical_ | $ | 100.00 |
|    Other  _child medical (asthma)`_ | $ | 200.00 |
|    Other  _Student loan_ | $ | 50.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)  _IRS estimated repayment_ | $ | 100.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 376.00 |
|    b. Other:  _Auto Payment_ | $ | 166.00 |
|    c. Other:  _Auto repair & upkeep_ | $ | 60.00 |
|    d. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:  _Personal care items and groom_ | $ | 30.00 |
|    Other:  _Newspapers, subscription misc_ | $ | 45.00 |
|    Other:  _School expense & activities_ | $ | 40.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 4,312.00 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 4,046.33 |
|    b. Average monthly expenses from Line 18 above | $ | 4,312.00 |
|    c. Monthly net income (a. minus b.) | $ | (265.67) |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Jese O. Shapiama and Connie Shapiama*

Case No.

Chapter  **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $           0.00 | | |
| B-Personal Property | *Yes* | *3* | $       11,401.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $        5,300.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $        1,580.83 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *16* | | $       87,624.69 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $        4,046.33 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $        4,312.00 |
| TOTAL | | *28* | $       11,401.00 | $       94,505.52 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Jese O. Shapiama and Connie Shapiama*

Case No.

Chapter    **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  *1,580.83* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  *0.00* |
| Student Loan Obligations (from Schedule F) | $  *6,625.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $  *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $  *0.00* |
| **TOTAL** | $  *8,205.83* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $  *4,046.33* |
| Average Expenses (from Schedule J, Line 18) | $  *4,312.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $  *5,470.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  *300.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $  *1,580.83* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  *0.00* |
| 4. Total from Schedule F | | $  *87,624.69* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  *87,924.69* |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re _Jese O. Shapiama and Connie Shapiama_ _____    Case No. _____
                                    Debtor                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____29_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _2/21/2008_____            Signature _/s/ Jese O. Shapiama_____
                                                                    _Jese O. Shapiama_


Date: _2/21/2008_____            Signature _/s/ Connie Shapiama_____
                                                                    _Connie Shapiama_

                                            [If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: *Jese O. Shapiama*
    *and*
    *Connie Shapiama*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **Year to date:** *$2,593.70* | *Wages from employment   2008    Husband* |
| **Last Year:** *$23,840.44* | *Same 2007* |
| **Year before:** *$18,00.00 appr* | *Same 2006* |

| | |
|---|---|
| **Year to date:** *$6,800.00 appr* | *Wages from employment 2008    Wife* |
| **Last Year:** *$44,436.45* | *Same 2007* |
| **Year before:** *$40,000.00 appr* | *Same 2006* |

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Credit Acceptance Corp vs. Jese Shapiama 08 SR 000068* | *Collection* | *DuPage County Circuit Court* | *Judgment* |

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Richard S. Bass* *Address:* *2021 Midwest Road* *Oak Brook, IL 60521* | *Date of Payment:* *Payor: Jese O. Shapiama* | *$900.00* |

## 10. Other transfers

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None

☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None

☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None

☒

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None

☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor: Jese & Connie Shapiama* *Address: 1712 Sussex Walk* *Hoffman Estates IL* | *Name(s): Same as on petition* | *4/06 to 4/07* |

## 16. Spouses and Former Spouses

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None

☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None

☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

☒ None    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

☒ None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

☒ None    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☒ None    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None

☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *02/21/2008*                 Signature   */s/ Jese O. Shapiama*
                                   of Debtor

Date  *02/21/2008*                 Signature   */s/ Connie Shapiama*
                                   of Joint Debtor
                                   (if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jese O. Shapiama and Connie Shapiama*

Case No.

Chapter  7

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - HUSBAND'S DEBTS

☒  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *None* | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

## Signature of Debtor(s)

Date: *02/21/2008*          Debtor: */s/ Jese O. Shapiama*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jese O. Shapiama and Connie Shapiama*

Case No.

Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

☒  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *None* | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) | | | |
|---|---|---|---|---|---|
| | | | | | |

### Signature of Debtor(s)

Date: *02/21/2008*    Debtor: */s/ Connie Shapiama*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jese O. Shapiama and Connie Shapiama*

Case No.

Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

☒  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *1995 Chrysler Sebring* | *Easy Auto Credit* | | X | | X |
| *2000 Mercury Cougar* | *Easy Auto Credit* | | X | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| Standard residential lease | Rene Caballero | |

### Signature of Debtor(s)

Date: _02/21/2008_____

Debtor: */s/ Jese O. Shapiama* _____

Date: _02/21/2008_____

Joint Debtor: */s/ Connie Shapiama* _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Jese O. Shapiama*
    *and*
*Connie Shapiama*

Case No.
Chapter  7

_____ / Debtor

Attorney for Debtor:  *Richard S. Bass*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *900.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . $ _____ *900.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . $ _____ *0.00*

3.  $ _____ *299.00* _____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: *02/21/2008*             Respectfully submitted,

                        X */s/ Richard S. Bass* _____
Attorney for Petitioner: *Richard S. Bass*
                              *Law Office of Richard S. Bass, LTD.*
                              *2021 Midwest Road*
                              *Oak Brook IL  60521*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jese O. Shapiama*
       *and*
       *Connie Shapiama*

Case No.
Chapter   7

_____ / Debtor

Attorney for Debtor:   *Richard S. Bass*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *02/21/2008*_____

*/s/ Jese O. Shapiama*_____
Debtor

*/s/ Connie Shapiama*_____
Joint Debtor

ABC Department LTD
1000 Grand Canyon Parkway
Hoffman Estates, IL  60169

Academy Collection Service Inc
RE:  Premier BankCard
10965 Decatur Road
Philadelphia, PA  19154-3210

ACC Consumer Finance
Attn: Bankruptcy Dept
PO Box 928476
San Diego, CA  92192

Account Recovery Services
RE:  RHS Anesthesiology
5183 Harlem Rd
Loves Park, IL  61111-3448

Account Recovery Services
RE:  RMH Pathologists LTD
5183 Harlem Rd
Loves Park, IL  61111-3448

Accounts Receivable Management
RE:  Premier BankCard
PO Box 129
Thorofare, NJ  08086-0129

Accounts Receivable Management
RE:  Medical Payment
PO Box 129
Thorofare, NJ  08086-0129

Accounts Recovery (USA), LLC
RE:  Bank of Marin
6405 218th Street SW
Mountlake Terrac, WA  98043

AFNI Collection
RE:  GTE Telephone
PO Box 3097
Bloomington, IL  61702

AFNI Collection
RE:  Verizon South Inc.
PO BOX  3427
Bloomington, IL  61702-3427

AFNI Collection
RE:  Sprint PCS
PO Box  3517
Bloomington, IL  61702-3517

Allied Interstate
RE:  DirecTV
PO Box 361477
Columbus, OH  43236

Amcore Bank
Attn:  Bankruptcy Dept
228 S. Main St
Rockford, IL  61101

American Investment Bank
7602 Woodland Drive
Indianapolis, IN  46278

Arrow Financial Service
RE:  First Premier Bank
5996 W. Touhy
Niles, IL  60714-4610

AssetCare, Inc.
RE:  Inovision Medclr Port. Gr
5100 Peachtree Industrial Blvd
Norcross, GA  30071

Auto Club Insurance Assoc
Attn:  Tuition Reim & Collect
1 Auto Club Drive
Dearborn, MI  48126

Automotive Acceptance Co
PO BOX  11083
Rockford, IL  61126-1083

Biehl & Biehl Collection
RE:  Daily Herald
PO Box 66415
Chicago, IL  60666-0415

Blitt and Gaines, P.C.
RE:  Credit Acceptance Corp
661 Glenn Ave
Wheeling, IL  60090

Capital Credit Alliance
Attn:  Bankruptcy Dept
1050 E. Sahara Ave, #402
Las Vegas, NV  89104-3204

CB Accounts
RE:  Northwest Community Hosp
1101 Main St
Peoria, IL  61606

CCA Credit Services
Attn:  Bankruptcy Dept
PO Box 46101
Las Vegas, NV  89114

CMI Group LP
RE:  AT&T Broadband
4200 International Pkwy
Carrollton, TX  75007-1912

Collection Company of America
RE:  Ameritech
700 Longwater Dr
Norwell, MA  02061

Collection Company of America
RE:  Ameritech
8231 West 185th Str, #100
Tinley Park, IL  60477-9220

College Loan Corp
C/O ACS
501 Bleecker St
Utica, NY  13501

Comcast Cable
Attn:  Bankruptcy Dept
PO Box 3007
Southeastern, PA  19398-3002

Commonwealth Edison
Attn:  Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL  60523-9644

Congress Collection Corp
RE:  AAA Michigan-Edu
24901 Northwestern Hwy, #300
Southfield, MI  48075-2207

Continental Finance Co, LLC
Attn:  Bankruptcy Dept
PO BOX  8099
Newark, DE  19714-8099

Credit Acceptance Corp
Attn:  Bankruptcy Dept
25505 W. 12 Mile Rd, #30
Southfield , MI  48234

Credit Management
RE:  AT&T Broadband
4200 International Pkwy
Carrollton, TX  75007

Credit One Bank
Attn:  Bankruptcy Dept
PO BOX  98873
Las Vegas, NV  89193

Credit Protection Assoc
RE:  Insight Communications
13355 Noel Rd, Suite 2100
Dallas, TX  75240

Credit Protection Assoc
RE:  COMCAST
13355 Noel Rd, Suite 2100
Dallas, TX  75240

Creditor Section Cont'd...
RE:  Grant Park Auto Sales
206 W. State St,
Rockford, IL  61101

Dakota State Bank
Attn:  BAnkruptcy Dept
2101 W 41st Street, #34
Sioux Falls, SD  57105

Easy Auto Credit
Attn: Payment Dept
880 E. Chicago St
Elgin, IL  60120

Elmhurst Anesthesiologist
PO BOX  87916
Carol Stream, IL  60188

FBCS
RE:  Portfolio Recovery Assoc
841 E. Hunting Park Ave
Philadelphia, PA  19124

First Bank of Delaware
Attn:  Bankruptcy Dept
1608 Walnut St, #1000
Philadelphia, PA  19103

First Nat'l Collection Bureau
RE:  DirecTV
610 Waltham Way
Sparks, NV  89434

First National Bank
Attn:  Bankruptcy Dept
PO BOX  98873
Las Vegas, NV  89193

First Premier Bank
Attn:   Bankruptcy Dept
PO Box 5519
Sioux Falls , SD  57117-5519

First Premier Bank
Attn:   Bankruptcy Dept
PO BOX  5519
Sioux Falls, SD  57117-5519

Grant Park Auto Sales
908 Broadway
Rockford, IL  61108

Gunthy-Renker
RE:  Core Secrets
PO BOX  11448
Des Moines, IA  50336-1448

Imaging Consultant Radiologist
Attn:  Bankruptcy Dept
245 Perimeter Ctr Pkwy, #600
Atlanta, GA  30346

Internal Revenue Service
Attn Bankruptcy Dept
PO Box 21126
Philadelphia, PA  19114

Leading Edge Recovery Solution
RE:  NCO/ATT
5440 N. Cumberland Ave, #300
Chicago, IL  60656-1490

LVNV Funding
RE:  MCI
PO BOX  10497
Greenville, SC  29603-0584

Medical Business Bureau
RE:  Elmhurst Anesthesia
1175 Devin Dr., #171
Muskegon, MI  49441

Merchants Credit Guide
RE:
223 W. Jackson Blvd
Chicago, IL  60606-6908

Mutual Management Services
Acct Radiolgy Consult Rockford
PO Box 4777
Rockford, IL  61110

Mutual Management Services
Acct: Swedish American MSO
PO Box 4777
Rockford, IL  61110

Mutual Management Services
Acct:Sewdish Ameican Hosp
PO Box 4777
Rockford, IL  61110

Mutual Management Services
Acct:Northern IL Imaging
PO Box 4777
Rockford, IL  61110

Mutual Management Services Inc
RE:  Grant Park Auto Sales
PO BOX  4777
Rockford, IL  61110-4777

Mutual Management Services Inc
Acct Northern Illinois Optical
PO BOX  4777
Rockford, IL  61110-4777

National ... Castell ... ce ...
Attn Bankruptcy Dept
3435 N. Cicero
Chicago, IL  60641-000

NCO  FIN / 99
RE:  Commonwealth Edison
PO BOX  41466
Philadelphia, PA  19101

NCO /Inovision-Medclr
RE:  Commonwealth Edison
507 Prudential Road
Horsham, PA  19044

NCO Fin/AH
RE:  SBC Midwest
PO BOX  105062
Atlanta, GA  30348

NCO Financial Systems Inc.
RE:  Osco Drugs
PO BOX  41466
Philadelphia, PA  19101

NCO Financial Systems Inc.
RE:  AT&T
507 Prudential Road
Horsham, PA  19044

Nelson, Watson & Associates
RE:  Credit Acceptance
80 Merrimack St, Lower Level
Haverhill, MA  01830

NICOR Gas
Attn:  Bankruptcy Dept
1844 W. Ferry Road
Naperville, IL  60563-9662

Northstar Location Services
RE:  The Cash Store
4285 Genesee Street
Cheektowaga, NY  14225-1943

PayDay Avenue
Northway Broker-Level 8 Suit3
Bisazza Street-Plaza Comm Ctr
Sliema, SLM15  Malta

Pellettieri & Associates
RE:  Northwest Community Hosp
991 Oak Creek Dr
Lombard, IL  60148

Portfolio Recovery Associates
RE:  SBC
PO Box 12914
Norfolk, VA  23541

Professional Credit Services
RE:  Sprint PCS
PO BOX  397
Farmingdale, NY  11735-0397

Progressive Asset Mgt Services
RE:  MCI Communications
5924 E. Los Angeles Ave, Ste P
Simi Valley, CA  93063-5526

Progressive Management System
RE:  MCI WorldCom
PO Box 2220
West Covina, CA  91793-9917

Regional Acceptance Corp
Attn: Bankruptcy Dept
PO Box 61476
Virginia Beach, VA  23466

Reliant Capital Solutions
Acct: Univ of Phoenix
750 Cross Pointe Rd  #-G
Columbus, OH  43230-5413

Resurgent Capital Services
RE:  MCI Communications
15 S. Main St, #600
Greenville, SC  29601

Revenue Production Management
RE:  Northwest Community Hosp
PO BOX  925
Rosemont, IL  60018-0925

Rewards 660
Attn:  Bankruptcy Dept
PO BOX  89210
Sioux Falls, SD  57109-9210

Riddle & Associates
RE:  DirecTV
PO BOX  1187
Sandy, UT  84091-1187

Rockford Mercantile Agency Inc
RE:  Medical Payment
PO BOX  5847
Rockford, IL  61125-1264

Silkies
Attn:  Bankruptcy Dept
PO BOX  71101
Philadelphia, PA  19176-0101

Southwest Credit Systems
RE:  SBC Ameritech
5910 W. Plano Parkway #100
Plano, IL  75093-4638

State Collection Services
RE:  MetroCom Rockford
PO BOX  6250
Madison, WI  53701

Title Lenders Inc.
dba USA PayDay Loan
7450 Barrington Road
Hanover Park, IL  60133

Torres Credit Services
RE:  Commonwealth Edison
PO Box 189
Carlise, PA  17013-0189

Transworld Systems Collection
RE:  Schaumburg Dist 54
25 Northwest Pt. Blvd #750
Elk Grove Villag, IL  60007

University of Phoenix
Attn: Collection Dept
PO Box 29887
Phoenix, AZ  85038-9887

US Dept of Education
Attn:  Bankruptcy Dept
PO BOX  7202
Utica, NY  13054-7202

USA Payday Loans
Aurora, IL

WalkFit
Attn:  Bankruptcy Dept
PO BOX  3241
Hollywood, CA  90078